**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ \_\_6th_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Silvia Felipe Bosada    JOINT DEBTOR: _____ CASE NO.: 14-10303
Last Four Digits of SS# 7186    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of \_\_60\_\_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 2,612.61 for months  1 to 34 ;
  B.  $ 10,100.12 for months  35 to 35 ;
  C.  $ 2,161.84 for months  36 to 60 ; in order to pay the following creditors:

  Administrative: Attorney's Fee - $ 3,500.00 + 500.00 (MTV)   TOTAL PAID $ 2,000.00
  Balance Due $ 2,000.00 (Paid in prior plan) (58.82/month Months 1-34)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bayview Loan Serv., LLC    MMM Payment: $1,035.45/month (Months 1-34); Paid in prior plan
   3415 Vision Drive          $35,205.42 Paid in prior plan.
   Columbus, OH 43219         Debtor to begin paying lender direct beginning in Month 36.
   Acc#xxxx0836               *Loan modification approved outside bankruptcy

2. Nationstar Mortgage        Arrears amount: $13,438.03 (Paid in prior plan)
   35 S Highland Drive        Arrears payment:$ 395.23/month (Months 1-34)Paid in prior plan
   Lewisville, TX 75067       Regular payment: $483.59/month (Months 1-34)Paid in prior plan
   Acc#xxxx6771               *$16,442.37 paid in prior plan (regular payment)
                              MMM Payment: $1,100.00/month (Months 35-60)

3. PNC Bank                   Regular payment: $557.11/month (Months 1-34) $18,942.05, Paid in prior plan.
   POB 94982                  Regular payment: $7,911.70/month (Months 35)
   Cleveland, OH 44101        Regular payment: $767.25/month (Months 36-60)
   Acc#xxxx2040

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 7.50 /month (Months 1-34 ) ( $255.00-Paid in prior plan) Thereafter pay $78.40/month (Months 35-60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

/s/ Silvia Felipe    Date: 1/11/2017
  Debtor

LF-31 (rev. 01/08/10)