

## ORDERED in the Southern District of Florida on July 28, 2018.

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
SILVIA FELIPE BOSADA                                    CASE NO. 14-10303-LMI
    Debtor.                                              CHAPTER 13
_____/

### AGREED ORDER GRANTING DEBTOR'S MOTION TO COMPEL APPROPRIATE APPLICATION OF TRUSTEE PAYMENTS

THIS CAUSE having come before the Court upon the Debtor's Motion to Compel Appropriate Application of Trustee Payments to Specialized Loan Servicing/Nationstar Mortgage [DE#194 the "Motion"]. Based upon the Motion and the parties having reached an agreement, it is, **ORDERED** as follows:

    1.    Specialized Loan Servicing/Nationstar Mortgage will accept and appropriately apply the trustee payments it receives on behalf of the Debtor in conformity with the Third Modified Chapter 13 plan.

    2.    The Debtor has seven days from the date of this order to open the portal and upload all necessary documents to complete the modification package.

    3.    The mediation process is to take no longer than 60 days to complete from the date of this order.

{34508929;1}

###

Submitted by:
Todd Ostergard, Esq.
15321 S Dixie Hwy.,
#201
Miami, Florida 33157
Telephone: 786-701-3444
bklawmiami@gmail.com

Attorney, Todd Ostergard is directed to mail a conformed copy of this order to all interested parties and file a certificate of serve evidencing the mean by which service was accomplished.