UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  14-10303-LMI

SILVIA FELIPE BOSADA,
    Debtor
_____/

AGREED MOTION TO MODIFY SIXTH MODIFIED PLAN
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Agreed Motion to Modify Sixth Modified Plan and states as follows:

1)  The  Sixth Modified Plan does not disclose the Trustee's disbursement of $255.00 to PNC Mortgage for the arrearage on Claim #3.

2)  The undersigned and Todd Ostergard, Esq, attorney for the debtors agreed to the entry of this order.

WHEREFORE, the Trustee and Debtor's attorney request that this Court enter an order modifying the 6th Modified Plan to disclose the payment of $255.00 to PNC Mortgage for the arrearage on Claim #3.

                              RESPECTFULLY SUBMITTED:
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027-9806

                              By: /s/_____
                              Amy E. Carrington, Esq.
                              *Senior Staff Attorney*
                              FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this   Agreed Motion to Modify Sixth

Modified Plan was served through NEF on debtor's attorney on June 11, 2019

/s/
Amy E Carrington, Esq